**U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: Young

REPORTER: FTR

DOCKET NO.

DATE: 10/17/19

EARLY APPOINTMENT OF COUNSEL FOR Shayne Booker

DEFT PRESENT (✓)

EARLY APPOINTMENT OF COUNSEL (✓)

DEFT ADVISED OF RIGHTS, CHARGES, AND RIGHT TO COUNSEL (✓)

COUNSEL DESIRED (✓)

FINANCIAL AFFIDAVIT FILED IN OPEN COURT (✓)

APPOINTMENT OF COUNSEL APPROVED (✓) DENIED ( )

CASE SET: 2:05 BEGAN: 2:11 ENDED: 2:12 TIME IN COURT: 1 min