IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
FEB 13 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>SHAYNE BOOKER, )<br>)<br>)<br>)<br>Defendant. )<br>) | CRIMINAL NO. 3:20cr **020**<br><br>18 U.S.C. § 922(g)(3)<br>Possession of a Firearm<br>by an Unlawful User of a<br>Controlled Substance<br>(Count One)<br><br>Forfeiture Notice |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by an Unlawful User of a Controlled Substance)

Beginning in and around November 2018, and continuing until in and around December 2018, in the Eastern District of Virginia, and elsewhere within the jurisdiction of this Court, the defendant, SHAYNE BOOKER, knowing he was an unlawful user of a controlled substance, i.e. heroin, knowingly and unlawfully possessed a firearm, to wit: an American Tactical Imports, Omni Hybrid Maxx, 5.56, semi-automatic pistol, bearing serial number NS180649, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(3).

(In violation of Title 18, United States Code, Section 922(g)(3).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, he shall forfeit any firearm

or ammunition involved in or used in any knowing violation of such offense. Property subject to forfeiture includes, but is not limited to:

    an American Tactical Imports, Omni Hybrid Maxx, 5.56, semi-automatic pistol, bearing serial number NS180649;

    and all accompanying ammunition.

(In accordance with Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Erik S. Siebert
Assistant United States Attorney